**2008–1936.   [State ex rel.] Wellington v. Mahoning Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration thereof,

It is ordered by the court, sua sponte, that the briefing in this case shall proceed as follows: The parties shall file their briefs and evidence within five days of the filing of the response. The Clerk shall refuse to file any reply briefs or requests for extension of time.

**2008–1938.   State ex rel. Madigan v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus/prohibition involving an expedited election matter. Upon consideration thereof,

It is ordered by the court, sua sponte, that the briefing in this case shall proceed as follows: The parties shall file their briefs and evidence within five days of the filing of the response. The Clerk shall refuse to file any reply briefs or requests for extension of time.